**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-23-00222-CV**
_____

**LATONYA RECHELLE WEEMS, Appellant**

**V.**

**AZURE POINT LTD C/K/A AZURE POINT APARTMENTS, Appellee**

_____

**On Appeal from the County Court at Law No. 1**
**Jefferson County, Texas**
**Trial Cause No. 23CCCV0236**

_____

**MEMORANDUM OPINION**

On July 5, 2023, LaTonya Rechelle Weems filed a notice to appeal a final judgment in Trial Cause Number 23CCCV0236. But after perfecting her appeal, Weems failed to file a brief.

On December 8, 2023, the Clerk of the Ninth Court of Appeals notified the parties that Weems had not filed a brief and advised the parties that her appeal would be submitted without briefs unless the Court received Weems' brief and a motion to extend the deadline for filing the brief by December 18, 2023. We also warned

1

Weems that her appeal could be dismissed for want of prosecution if the Court submitted her appeal without briefs.

On January 9, 2023, the Clerk notified the parties that on January 30, 2023, the appeal would be submitted to the Court without briefs and without oral argument. *See* Tex. R. App. P. 39.8. Since no brief has been filed in the appeal assigning any error to a ruling of the trial court, we dismiss Weems' appeal for want of prosecution. *See id*. 38.8(a)(1); *id*. 42.3(b), 43.2(f).

APPEAL DISMISSED.

PER CURIAM

Submitted on January 30, 2024
Opinion Delivered February 1, 2024

Before Golemon, C.J., Horton and Wright, JJ.